7/10/13

**FILED**

JUL 23 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Dear Clerk of Courts
Criminal Division

Let this be filed
ESH 7/23/13

Now, I Benjamin Gray come proceeding pro se in my current criminal matter. At this time I am seeking to be sent the Grand Jury minutes that were filed with this judicial court. Time is of the essence and I would like this immediately.

Thank you for taking time in assisting me in this matter

CRIMINAL CASE N° 13-31-01 ESH



RECEIVED Mail Room
JUL 15 2013
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia