United States District Court
For The District of Columbia

United States Of America     )
                             )
    Vs.                      )
                             )   Crim. No. 13-031 (ESH)
Benjamin B. Grey             )
                             )
                             )

let this be filed 9/16/13

**FILED**
SEP 16 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Motion to Withdraw Ineffective Assistance of Counsel Pursuant to D.C. Code 23-110

COMES NOW, Movant prose duly hereby respectfully moves this court to withdraw ineffective assistance of counsel with merit in accord with Title 28 USC 453 pursuant to Canon Code No. 3 with good cause. See: Fifth Amendment ratifications... See: Nunc Pro Tunc.

Counsel failed to challenge defected indictment (void ab intio) pursuant to ex post defacto prohibitations thereto under memorandum of law within scope of viewpoint. Upon the filing of motion to impeach government's witnesses testimony found to be inconsistant throughout proceedings.

Counsel fail to invoke action to proceed with procedures in lue of probable cause hearing waived without warranting in accord with due process statutes thereof. Subject is hereby accused of aiding and abetting government pursuant to "TAINTED" prosecution.

Movant hereby request to attain alternative counsel of his choice regarding the above mentioned criminal proceeding. In accord with the Fair Prosecution Act and the Criminal Justice Act... wherein Movant respectfully request that this motion be granted with points and authorities thereto under the color of law.

Certificate of Notice

I hereby certify that on September _____ 2013 Movant hand delivered copies of this motion to...

Jonathan P. Hooks
Christopher Kavanaugh
Assistant Unites States Attorneys
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530

Thomas Abbenante Esq.
1919 Pennsylvania Ave. N.W. Suite 800
Washington, D.C. 20006

True Bill!

Respectfully Submitted,

_____

Benjamin B. Grey - Pro se
DC DC # 310601
1901 D Street S.E.
Washington, D.C. 20003