UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 2 0 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

*United States* )
vs. )  Civil/Criminal No. 13-031 (ESH)
*Benjamin Brandon Grey* )

NOTE FROM JURY

*We have a verdict.*

Date: 9/20/13

Time: 11:15 AM

FOREPERSON

CO-109A